BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>PEDRO CONTRERAS,<br><br>                              Defendant. | CASE NO.  2:15-CR-00151 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: October 16, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on October 16, 2015.

2.      By this stipulation, defendant now moves to continue the status conference until December 4, 2015, and to exclude time between October 16, 2015, and December 4, 2015, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports and descriptions of the large marijuana grow, which was located on federal land.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)       Counsel for defendant desires additional time to consult with his client, review the discovery, and determine the appropriate course of action.

c)       Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)       The government does not object to the continuance.

e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 16, 2015 to December 4, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4    IT IS SO STIPULATED.

5

6

7 Dated:  October 14, 2015                    BENJAMIN B. WAGNER
                                             United States Attorney

8

9                                            /s/ PAUL A. HEMESATH
                                             PAUL A. HEMESATH

10                                           Assistant United States Attorney

11

12 Dated:  October 14, 2015                  /s/ SANJAY SOBTI
                                             SANJAY SOBTI

13                                           Counsel for Defendant
                                             Pedro Contreras

14

15

16

17                          **FINDINGS AND ORDER**

18    IT IS SO FOUND AND ORDERED.

19 Dated:  October 14, 2015

20

21 _____

22 GARLAND E. BURRELL, JR.
   Senior United States District Judge

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME        3
PERIODS UNDER SPEEDY TRIAL ACT