BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:15-CR-00151 GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| PEDRO CONTRERAS, | DATE: January 15, 2016 TIME: 9:00 a.m. COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on January 15, 2016.

2.      By this stipulation, defendant now moves to continue the status conference until March 11, 2016, and to exclude time between January 15, 2016, and March 11, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports and descriptions of the large marijuana grow, which was located on federal land.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to consult with his client, review the

1    discovery, and determine the appropriate course of action.

2            c)       Counsel for defendant believes that failure to grant the above-requested

3    continuance would deny him/her the reasonable time necessary for effective preparation, taking

4    into account the exercise of due diligence.

5            d)       The government does not object to the continuance.

6            e)       Based on the above-stated findings, the ends of justice served by continuing the

7    case as requested outweigh the interest of the public and the defendant in a trial within the

8    original date prescribed by the Speedy Trial Act.

9            f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10   et seq., within which trial must commence, the time period of January 15, 2016 to March 11,

11   2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

12   T4] because it results from a continuance granted by the Court at defendant's request on the basis

13   of the Court's finding that the ends of justice served by taking such action outweigh the best

14   interest of the public and the defendant in a speedy trial.

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1       4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4       IT IS SO STIPULATED.

5

6

7   Dated:  January 13, 2016                          BENJAMIN B. WAGNER
                                                       United States Attorney

8

9                                                      /s/ PAUL A. HEMESATH
                                                       PAUL A. HEMESATH
10                                                     Assistant United States Attorney

11

12  Dated:  January 13, 2016                          /s/ SANJAY SOBTI
                                                       SANJAY SOBTI
13                                                     Counsel for Defendant
                                                       Pedro Contreras

14

15

16

17                          **[PROPOSED] FINDINGS AND ORDER**

18      IT IS SO FOUND AND ORDERED.

19  Dated:  January 14, 2016

20

21  _____

22  GARLAND E. BURRELL, JR.
    Senior United States District Judge

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME              3
PERIODS UNDER SPEEDY TRIAL ACT